# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 6, 2021

## NO. 03-19-00602-CR

**The State of Texas, Appellant**

**v.**

**Isaac Wesley Brandley, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
## AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order entered by the trial court granting appellee's Motion to Set Aside the Information. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. The State shall pay all costs relating to this appeal, both in this Court and in the court below.